UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REBECCA M. MURILLO )<br>    Plaintiff )<br>)<br>V. )<br>)<br>A BETTER WAY WHOLESALE AUTOS, INC. )<br>and WESTLAKE SERVICES, LLC d/b/a )<br>WESTLAKE FINANCIAL SERVICES, )<br>    Defendants )<br>) | CIVIL ACTION NO.<br>3:17-CV-1883-VLB<br><br><br><br><br><br>December 3, 2018 |

## MOTION TO VACATE ARBITRATION AWARD

    The Defendant, A Better Way Wholesale Autos, Inc., (Hereinafter referred to as "ABW" or the "Defendant") and Defendant Westlake Services, LLC in the above-entitled action respectfully move the Court to issue an order Vacating the Arbitration Award granted in favor of Rebecca Murillo on October 26, 2018. (Attached hereto as Exhibit A).

    This Motion to Vacate is subject to the Federal Arbitration Act, 9 U.S.C. § 1 et seq. as it is filed in the federal court and claims federal relief and the contract at the crux of the case affects interstate commerce. A vacatur under § 10(a)(4) is appropriate where an arbitrator exceeded his powers or the arbitrator's award is completely irrational or is in manifest disregard of the law. See 9 U.S.C. § 10(a)(4); Kyocera, 341 F.3d at 997. § 12 of the FAA requires notice of a motion to vacate to be made, "within three months after the award is filed or delivered."  The reasons why the Defendants are entitled to the relief sought are set forth below and in the Memorandum of Law submitted herewith.  This award was made on October 26, 2018.  The time for moving to have the award vacated has not yet passed.

This Arbitrator has exceeded his power, or so imperfectly executed them that final and definitive award upon the subject matter was not made.  This Arbitrator manifestly disregarded the law.  In particular, the Arbitrator made an award of punitive damages of 25 times the compensatory damages. That amount is irrational and in manifest disregard the law established, in particular, as in the US. Supreme Court relating to the constitutionality of large multiplier punitive damage awards. Those cases should equally apply to Arbitration Awards being enforced in the federal courts. The Eighth and Fourteenth Amendments preclude such large punitive damages awards. Said cases should equally apply to arbitral awards being enforced in the federal courts. The Defendants sets forth their specific argument in their Memorandum of Law submitted herewith.

          DEFENDANTS
          A BETTER WAY WHOLESHALE AUTOS, INC.
          and WESTLAKE SERVICES LLC

By:   /s/ *Kenneth A. Votre*

       Kenneth A. Votre, (ct05981)
       90 Grove Street, suite 209
       Ridgefield CT 06877
       Phone: 203-498-0065
       Fax:  203-821-3595
       E-mail:  kvotre@votrelaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REBECCA M. MURILLO )<br>    Plaintiff )<br>)<br>V. )<br>)<br>A BETTER WAY WHOLESALE AUTOS, INC. )<br>and WESTLAKE SERVICES, LLC d/b/a )<br>WESTLAKE FINANCIAL SERVICES, )<br>    Defendants )<br>) | CIVIL ACTION NO.<br>3:17-CV-1883-VLB<br><br><br><br><br><br>December 3, 2018 |

I, Kenneth A. Votre, make the following affirmation under penalty of perjury:

I hereby certify that on December 3, 2018, the foregoing was electronically filed and served by mail on anyone unable to receive notice of electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive notice of electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this document through the Court's CM/ECF system.

                                                      /s/ *Kenneth A. Votre*
                                                      Kenneth A. Votre, (ct05981)